```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In re:                               :      21-cv-943 (JSR)
                                     :
    CORFU 77, CORP.                  :
                                     :              ORDER
                    Appellant.       :
                                     :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On February 3, 2021, appellant Corfu 77, Corp. ("Corfu") filed a Notice of Appeal of an Order Denying Debtor's Motion for (1) an Order Vacating the Denial of the Settlement Between the Debtor and Landlord, or, in the alternative, (2) a Sixty-Day Extension of the Deadline to Surrender Premises. Dkt. No. 1. In its Notice of Appeal, Corfu states that "[i]n the event that the appeal from the Order is deemed an interlocutory appeal, [Corfu] requests that this notice be deemed a motion for leave to file an interlocutory appeal pursuant to Fed. R. Bankr. P. 8004(d)."

Corfu is hereby granted leave to file an interlocutory appeal. The parties are directed to jointly call chambers at 11:00 a.m. on Friday, March 19, 2021 to set up a briefing scheduling.

SO ORDERED.

Dated:   New York, NY                       _____
         March 18, 2021                     JED S. RAKOFF, U.S.D.J.